# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2021

162068

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
     Plaintiff-Appellee,

v

OMAR HYDER KHAN, MOHAMMED SALEH
AHMED, RED AHMED, TAZIN ULLAH, DAVID
EDWARD MOLITOR, and LOVELY HORE,
     Defendants,

and

MINARA BEGUM CHOWDHURY and
RAFNA BEGUM CHOWDHURY,
     Defendants-Appellants.

SC: 162068
COA: 348004
Wayne CC: 17-015647-CK

_____/

     On order of the Court, the application for leave to appeal the August 20, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021



Clerk

p0414